John Wayne DILLARD, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 53290.

Missouri Court of Appeals,
Western District.

March 4, 1997.

James C. Cox, Assistant Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

## ORDER

PER CURIAM.

Appeal from the denial of a Rule 24.035 motion for postconviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).